■ JEFFREY MARKOWITZ, Respondent, v RICHARD FRIEDMAN, Appellant, et al., Respondent. [987 NYS2d 130]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Shirley Werner Kornreich, J.), entered on or about January 29, 2013, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated April 24, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Kapnick, JJ.

■ In the Matter of ARETHA GABRIEL, Appellant, v NEW YORK CITY DEPARTMENT OF EDUCATION, Respondent. [987 NYS2d 344]— Order, Supreme Court, New York County (Donna M. Mills, J.), entered November 14, 2012, which denied petitioner's motion to renew respondent's motion to dismiss the petition, unanimously affirmed, without costs.

Much of the evidence that petitioner submitted on her motion to renew had been submitted by her in support of the petition and therefore was not "new" (CPLR 2221 [e] [2]; see Melcher v Apollo Med. Fund Mgt. L.L.C., 105 AD3d 15, 23 [1st Dept 2013]). Insofar as any of the evidence was new but could have been presented in opposition to respondent's motion to dismiss, petitioner offered no justification for the failure to present the evidence on the prior motion (CPLR 2221 [e] [3]). Insofar as any of the evidence was new and previously unavailable, the evidence would not have changed the prior determination (CPLR 2221 [e] [2]), which denied the petition and dismissed the proceeding as barred by petitioner's conceded failure to file a timely notice of claim (Education Law § 3813 [1]) and by the statute of limitations (CPLR 217 [1]). Concur—Mazzarelli, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Kapnick, JJ.